IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT MITCHELL, | HON. JEROME B. SIMANDLE |
| Plaintiff, | Civil No. 11-1664 (JBS/JS) |
| v. | |
| TOWNSHIP OF WILLINGBORO MUNICIPALITY GOVERNMENT, et al., | **ORDER** |
| Defendants. | |

    This matter having come before the Court upon Defendant Jeffrey Perez's motion to dismiss [Docket Item 34], Plaintiff Robert Mitchell's motion for summary judgment [Docket Item 37] and Defendant Jeffrey Perez's cross motion for summary judgment [Docket Item 40]; the Court having considered the submissions of the parties; for the reasons explained in the Opinion of today's date; and for good cause shown;

    IT IS this **28th** day of **November, 2012** hereby

    ORDERED that Defendant Jeffrey Perez's motion to dismiss [Docket Item 34] is DENIED; and it is

    ORDERED that Plaintiff Robert Mitchell's motion for summary judgment [Docket Item 37] is DENIED; and it is

    ORDERED that Defendant Jeffrey Perez's cross motion for summary judgment [Docket Item 40] is DENIED; and it is

    ORDERED that the Plaintiff is entitled to the appointment of

pro bono counsel and the Clerk of Court is hereby directed to select an attorney for appointment from the Civil Pro Bono Panel, in accordance with the procedures set forth in Appendix H, Local Civil Rules for the United States District Court for the District of New Jersey; and it is further

    ORDERED that the case is temporarily stayed pending the entry of new pro bono counsel, at which time a status conference will be convened before Judge Schneider on a date to be set by Judge Schneider.

                                          **s/ Jerome B. Simandle**
                                          JEROME B. SIMANDLE
                                          Chief U.S. District Judge