IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| ROBERT MITCHELL, | : | HON. JEROME B. SIMANDLE |
| Plaintiff, | : | Civil No. 11-1664 (JBS/JS) |
| v. | : |  |
|  | : | **ORDER** |
| TOWNSHIP OF WILLINGBORO MUNICIPALITY GOVERNMENT, et al., | : |  |
| Defendants. | : |  |

This matter having come before the Court upon the motion of Defendant Jeffrey Perez to alter judgment [Docket Item 56]; for the reasons expressed in today's Memorandum Opinion,

IT IS this ___**22nd**___ day of **March, 2013** hereby

ORDERED that Defendant's motion for reconsideration is **DENIED**.

  **s/ Jerome B. Simandle**
JEROME B. SIMANDLE
Chief U.S. District Judge